# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2198
LT Case No. 2008-CF-004618-A

_____

VISHNU D. PERSAUD,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Barbara Kissner, Judge.

Vishnu D. Persaud, Perry, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.


June 4, 2026


PER CURIAM.

   AFFIRMED. *See Maye v. State*, 51 Fla. L. Weekly S116, --- So.
3d ----, 2026 WL 1346031 (Fla. May 14, 2026) (holding "that rule
3.800(a) is not the proper vehicle for raising a claim of error under

*Apprendi*[1] and its progeny, including *Alleyne*[2] ('*Apprendi* claims')," and receding "from *Plott v. State*, 148 So. 3d 90 (Fla. 2014), and its contrary holding that an *Apprendi* claim is cognizable under rule 3.800(a)").

MAKAR, EDWARDS, and MACIVER, JJ., concur.

––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––

[1] *Apprendi v. New Jersey*, 530 U.S. 466 (2000).

[2] *Alleyne v. United States*, 570 U.S. 99 (2013).